UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BIOMEDICAL APPLICATIONS OF FRESNO, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | No. 1:14-cv-01316-DAD-SKO<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 16) |

On March 28, 2016, plaintiff Leticia Rodriguez and defendant Biomedical Applications of Fresno, Inc., erroneously sued as Fresenius Medical Care Pharmacy, Inc., filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 16.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **March 28, 2016**　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1